United States Court of Appeals
Fifth Circuit

**F I L E D**

May 12, 2003

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-60612

LAWRENCE E. GOODE, BRENDA GOODE FRENCH,

Plaintiffs-Appellants,

VERSUS

STATE FARM GENERAL INSURANCE COMPANY, STATE FARM INSURANCE
COMPANY, STATE FARM FIRE & CASUALTY COMPANY, MONTYNE TINA CLAY,
TOMMY BUFKIN, Individually and as Agents of the Aforesaid
Companies,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Mississippi
3:01-CV-287-BN

Before DAVIS, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed, essentially
for the reasons stated in its thorough October 5, 2001 Opinion and
Order.

AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.